# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.G. MILLER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**BRIAN P. LLOYD**
**AVIATION BOATSWAIN'S MATE (EQUIPMENT) AIRMAN (E-3), U.S. NAVY**

**NMCCA 201300487**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 29 August 2013.
**Military Judge**: CDR Michael J. Luken, JAGC, USN.
**Convening Authority**: Commanding Officer, USS DWIGHT D EISENHOWER (CVN 69).
**Staff Judge Advocate's Recommendation**: LCDR G.J. Nadella, JAGC, USN.
**For Appellant**: CAPT Bree A. Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**22 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the appellant was tried by a special court-martial.

For the Court

R.H. TROIDL
Clerk of Court